IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS CASSADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-CV-0878-NJR-SCW |
| | ) |
| ROADLINK USA MIDWEST, LLC, | ) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, and RTS HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

 **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated April 15, 2015 (Doc. 149), the case was voluntarily **DISMISSED with prejudice** against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(2).

 DATED:  April 28, 2015

                                        JUSTINE FLANAGAN, Acting Clerk

                                        By: s/ *Deana Brinkley*
                                            Deputy Clerk


 APPROVED: s/ *Nancy J. Rosenstengel*
                NANCY J. ROSENSTENGEL
                United States District Judge